# In The United States Court of Federal Claims

## Cover Sheet

06-732 C

Plaintiff(s) or Petitioner(s)
BROWN & PIPKINS, LLC, doing business as ACSENTIAL SERVICES

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | James W. Copeland |
| Firm Name: | Smith, Currie & Hancock LLP |
| Post Office Box: | 2700 Marquis One Tower |
| Street Address: | 245 Peachtree Center Avenue, NE |
| City-State-Zip: | Atlanta, GA 30303-1227 |
| Telephone & Facsimile Numbers: | Phone: 404-521-3800; Fax: 404-688-0671 |

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: [1] [4] [0]
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: [A] [R] [M]
See attached sheet for three-digit codes.

Amount Claimed: $______
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ 35 million - $40.7 million
Is plaintiff a small business? ■ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.