ORIGINAL

FILED
OCT 27 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BROWN & PIPKINS, LLC, doing business as ACSENTIAL SERVICES, Plaintiff, | ) | |
| v. | ) | CIVIL ACTION FILE NO. 06-732 C |
| THE UNITED STATES, Defendant. | ) | |

## DISCLOSURE STATEMENT

Brown & Pipkins, LLC, doing business as Acsential Services, pursuant to RCFC 7.1, hereby states that it does not have any parent corporation or any publicly-held corporation that owns 10 percent or more of its stock.

DATED this 25th day of October, 2006.

**SMITH, CURRIE & HANCOCK LLP**

By [signature]
James W. Copeland (Georgia Bar No. 186780)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

**OF COUNSEL:**

S. Gregory Joy (Georgia Bar No. 405495)
**SMITH, CURRIE & HANCOCK, LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services