IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BROWN & PIPKINS, LLC, doing business as ACSENTIAL, SERVICES, | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-732C |
| | ) | (Judge Baskir) |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Kenneth D. Woodrow as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Kenneth D. Woodrow
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street N.W.

Dated: November 8, 2006

/s/

Kenneth D. Woodrow
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: 202-353-0513

**CERTIFICATE OF FILING**

I hereby certify that on this 8th day of November 2006, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kenneth D. Woodrow