# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **BROWN & PIPKINS, LLC,**<br>**doing business as**<br>**ACSENTIAL SERVICES,** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION**<br>**FILE NO. 06-732C** |
| **v.** | ) | **Judge Lawrence M. Baskir** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR PROTECTIVE ORDER NUNC PRO TUNC

COMES NOW Brown & Pipkins, LLC, doing business as Acsential Services ("B&P"), and respectfully requests that the Court enter a Protective Order nunc pro tunc to November 8, 2006 with regard to the Proposal To Perform of B&P dated April 6, 2006 found at Tabs 8 and 9, pages 00267 to 00893, inclusive, of the Administrative Record submitted by the United States Department of the Army ("United States"). The facts and authorities supporting this Motion are set forth in the accompanying Memorandum which is incorporated herein by reference. The affidavit of Deidre F. Brown, managing member of B&P, attached to the Memorandum In Support of this Motion at Exhibit A is also incorporated herein by reference.

Counsel for B&P understands that counsel for the United States, Mr. Kenneth Woodrow does not object to this request.

WHEREFORE, B&P respectfully requests that the Court issue a Protective Order nunc pro tunc effective from November 8, 2006 providing that the Proposal To Perform of B&P dated April 6, 2006 found at Tabs 8 and 9, respectively, pages 000267 to 000893, inclusive, of the Administrative Record submitted by the United States on November 8, 2006 be designated as protected and precluded from disclosure to anyone other than Court personnel, counsel for the parties to this action, the persons preparing B&P's Proposal To Perform, and the Army personnel who reviewed that Proposal To Perform information as part of the Solicitation process.

DATED this 14th day of November, 2006.

Respectfully submitted,

**SMITH, CURRIE & HANCOCK LLP**

By s/ James W. Copeland
James W. Copeland
(Georgia Bar No. 186780)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

**OF COUNSEL:**

S. Gregory Joy (Georgia Bar No. 405495)
**SMITH, CURRIE & HANCOCK, LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services