# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **BROWN & PIPKINS, LLC, doing business as ACSENTIAL SERVICES,** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION FILE NO. 06-732** |
| **v.** | ) | **Judge Lawrence M. Baskir** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## AFFIDAVIT

COUNTY OF FULTON )

STATE OF GEORGIA )

Deidre F. Brown, having been duly sworn, does hereby depose and state as follows:

1. I am the managing member of Brown & Pipkins, LLC, doing business as Acsential Services ("B&P"), which is a Georgia limited liability company with its principal place of business located in Atlanta, Georgia. I am over 21 years of age and I make the statements contained in this affidavit based on my personal knowledge and the information available to me. I make the statements contained in this affidavit for use in the above-styled lawsuit.

**EXHIBIT** A

2. B&P submitted a proposal to the United States Department of the Army ("United States") in response to Solicitation No. W911SE-05-R-0013 dated February 22, 2006 ("Solicitation") for full food services at Fort Gordon, Georgia.

3. B&P's proposal contains proprietary and confidential information of B&P which B&P believes should not be subject to disclosure. I understand that, as a result of B&P's protest in the above-referenced case, the Solicitation process is ongoing and I believe that the exposure of B&P's information to other potential or actual proposers would place B&P at a competitive disadvantage particularly in light of the fact that B&P apparently submitted the lowest proposed price submitted in response to the Solicitation. While B&P has set out its total proposed price in prior filings with the Court, it has not set out the basis for the calculation of that total proposal which is proprietary information of B&P. Those calculations underlying the total proposed price are confidential and proprietary to B&P and those working with B&P in submitting its proposal. That information is not disclosed to potential or actual competitors.

4. The technical information contained in B&P's proposal is unique to B&P's determination of how to perform food services work at Fort Gordon. That technical information includes confidential and proprietary

information on how B&P would staff the project and includes information concerning B&P's management approach, quality control procedures and employee biographies which is not information disclosed to possible or actual competitors. That technical information was also integral to B&P's pricing because the technical approaches of B&P helped to determine B&P's costs. Disclosure of the technical information to competitors would severely adversely affect B&P's competitive position.

Deidre F. Brown

Sworn to and subscribed before me

this 13th day of November, 2006.

Patricia P. Futrell

Notary Public

My Commission Expires: 10-21-08

PATRICIA P. FUTRELL NOTARY EXPIRES GEORGIA OCT. 21, 2008 PUBLIC ...ETT COUNTY, GA