**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **BROWN & PIPKINS, LLC,** <br> **doing business as** <br> **ACSENTIAL SERVICES,** | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION** <br> **FILE NO. 06-732C** |
| **v.** | ) | **Judge Lawrence M. Baskir** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD/SUPPLEMENTAL MOTION FOR PERMANENT INJUNCTION, AND DECLARATORY RELIEF AND MANDAMUS**

COMES NOW Brown & Pipkins, LLC, doing business as Acsential Services ("B&P"), Plaintiff in the above-styled action, and respectfully requests that the Court enter judgment upon the Administrative Record granting the following relief (previously requested in B&P's initial Motion For Temporary Restraining Order, Permanent Injunction, Declaratory Relief And Mandamus) to B&P and against Defendant The United States and its agencies, officers, agents, servants and employees (specifically the Department of the Army, the Secretary of Defense, the Secretary of the Army, and the Army Contracting Officers, and their successors):

(1) a permanent injunction enjoining Defendant and its agencies, officers, agents, servants and employees, from proceeding with performance of a new contract for the full food services at Fort Gordon, Georgia pursuant to Department of the Army Solicitation No. W911SE-05-R-0013 ("Solicitation") by anyone other than B&P;

(2) a declaratory judgment declaring any contract issued pursuant to the Solicitation to anyone other than B&P void, and further declaring that the contract pursuant to the Solicitation is to be awarded to B&P;

(3) a writ of mandamus directing Defendant, its agencies, officers, agents, servants and employees to award any contract issued pursuant to the Solicitation to B&P; and

(4) such other and further relief as the Court may determine is appropriate.

In support of this Motion, B&P provides its Memorandum filed concurrently in support of this Motion, and the Administrative Record.

DATED this 21st day of November, 2006.

**SMITH, CURRIE & HANCOCK LLP**

By s/ James W. Copeland
James W. Copeland (GA Bar No. 186780)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

**OF COUNSEL:**

S. Gregory Joy (GA Bar No. 405495)
**SMITH, CURRIE & HANCOCK LLP**
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services