IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BROWN & PIPKINS, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-732 |
| THE UNITED STATES, | ) | (Judge Baskir) |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF FILING OF**
**<u>SUPPLEMENT TO THE ADMINISTRATIVE RECORD</u>**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC") and the Court's November 1, 2006 order, defendant, the United States, respectfully provides notice of the filing of the following supplement to the Administrative Record in this case. This supplemental filing contains documents inadvertently omitted from the Administrative Record filed on November 8, 2006. On November 20 and 21, 2006, the Government provided copies of the supplemental documents to plaintiff's counsel. The supplemental documents can be found at Tabs 30 to 35 of the Record and consist of Bates-numbered pages 1056 through 1106.

This supplement to the administrative record is being filed on CD-ROM with a courtesy copy to the Court pursuant to RCFC General Order 42A ¶5.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Kenneth D. Woodrow
KENNETH D. WOODROW
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0513
Fax: (202) 514-7976

OF COUNSEL:

CHRISTOPHER L. KRAFCHEK
CPT, JA
Contract & Fiscal Law Division
Trial Attorney, Team III
901 N. Stuart Street, Suite 500
Arlington, VA 22203
Phone: 703-696-2804
Fax: 703-696-1535

November 27, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 27th day of November 2006, I caused to be delivered by overnight delivery a copy of "DEFENDANT'S NOTICE OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD" and accompanying CD-ROM to the following address:

S. Gregory Joy
Attorney at Law
Smith, Currie & Hancock, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, GA 30303-1227
Ph: (404) 582-8033

---------------------------------------------

CERTIFICATE OF FILING

I hereby certify that on this 27th day of November, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF SUPPLEMENT TO ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth D. Woodrow