# In the United States Court of Federal Claims

Case No. 06-732C
(Filed: November 27, 2006)

**********************************************
BROWN & PIPKINS, LLC, *
doing business as Acsential Services, *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*
**********************************************

**ORDER**

Per telephone conversation with Chambers last week, Defendant's unopposed **Motion for Leave to File Administrative Record on CD-ROM** filed November 8, 2006, and Plaintiff's **Motion for Protective Order** *Nunc Pro Tunc* filed November 14, 2006, are hereby **denied as moot**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge