**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | |
|---|---|
| **BROWN & PIPKINS, LLC,**<br>**doing business as**<br>**ACSENTIAL SERVICES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **CIVIL ACTION**<br>**FILE NO. 06-732C**<br><br>**Judge Lawrence M. Baskir** |

**MOTION FOR LEAVE TO FILE EXHIBIT C TO PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD/SUPPLEMENTAL MOTION FOR PERMANENT INJUNCTION, AND DECLARATORY RELIEF AND MANDAMUS**

COMES NOW Brown & Pipkins, LLC, doing business as Acsential Services ("B&P"), Plaintiff in the above-styled action, and respectfully requests that the Court grant leave for B&P to file a copy of Army Regulation 210-25 referenced as Exhibit C in Plaintiff's Response Memorandum In Opposition To Defendant's Motion For Judgment Upon The Administrative Record And Reply Memorandum In Support Of Plaintiff's Motion For Judgment Upon The Administrative Record/Supplemental Motion For Permanent Injunction, And

Declaratory Relief And Mandamus filed December 29, 2006. Counsel for Plaintiff inadvertently failed to include a copy of that Exhibit with the Appendix to B&P's Memorandum. Counsel apologizes to the Court for the oversight.

In support of this Motion, B&P provides its Memorandum filed concurrently in support of this Motion and a copy of Exhibit C.

DATED this 30th day of December, 2006.

**SMITH, CURRIE & HANCOCK LLP**

By s/ S. Gregory Joy
James W. Copeland (GA Bar No. 186780)
S. Gregory Joy (GA Bar No. 405495)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services