**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **BROWN & PIPKINS, LLC,**<br>**doing business as**<br>**ACSENTIAL SERVICES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>**CIVIL ACTION**<br>**FILE NO. 06-732C**<br><br>**Judge Lawrence M. Baskir** |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE EXHIBIT C TO PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD/SUPPLEMENTAL MOTION FOR PERMANENT INJUNCTION, AND DECLARATORY RELIEF AND MANDAMUS**

## I. STATEMENT OF RELEVANT FACTS

Brown & Pipkins, LLC, doing business as Acsential Services ("B&P") Plaintiff's filed its Response Memorandum In Opposition To Defendant's Motion For Judgment Upon The Administrative Record And Reply Memorandum In Support Of Plaintiff's Motion For Judgment Upon The Administrative Record/Supplemental Motion For Permanent Injunction, And Declaratory Relief And Mandamus ("Response Memorandum") on December 29, 2006, the deadline

for filing that Memorandum. Counsel for Plaintiff inadvertently failed to include a copy of Army Regulation 210-25, referenced as Exhibit C to that Memorandum, with the Appendix to B&P's Memorandum. That Exhibit is referenced in B&P Memorandum at pages 15 and 16. Army Regulation 210-25 is also referenced in Defendant's Response To Plaintiff's Motion For Summary Judgment and Cross-Motion For Judgment Upon The Administrative Record. A copy of that Exhibit C is attached hereto.

## II. ARGUMENT

B&P's counsel inadvertently failed to include a copy of Exhibit C referenced in its Memorandum filed December 29, 2006 in its Appendix to that Memorandum. The exhibit is a copy of an Army Regulation 210-25 so it is available generally from Army regulations. B&P wants to provide a copy for the Court's convenience which it is doing with this Motion and Memorandum. The document is also referenced in the Government's Response To Plaintiff's Motion For Summary Judgment and Cross-Motion For Judgment Upon The Administrative Record. Therefore, there is no prejudice to the Government which is already familiar with the document.

B&P is seeking leave to file the exhibit within one day of filing its Memorandum. Therefore, B&P believes the motion is timely.

Given the New Years weekend holiday, counsel for B&P has not been able to reach counsel for the Government, but counsel for B&P wishes to seek leave to file the exhibit and actually submit a copy to the Court as soon as he has realized that the exhibit was not included. Therefore, B&P is filing its Motion at this time.

DATED this 30th day of December, 2006.

**SMITH, CURRIE & HANCOCK LLP**

By s/ James W. Copeland
James W. Copeland (GA Bar No. 186780)

By s/ S. Gregory Joy
S. Gregory Joy (GA Bar No. 405495)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing MOTION FOR LEAVE TO FILE EXHIBIT C TO PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD/SUPPLEMENTAL MOTION FOR PERMANENT INJUNCTION, AND DECLARATORY RELIEF AND MANDAMUS and the supporting Memorandum are being electronically filed with the Clerk of Court this 30th day of December, 2006 using the CM/ECF system which will send e-mail notification of such electronic filing to the following counsel of record for defendant: Kenneth David Woodrow, Esquire

By s/ S. Gregory Joy
S. Gregory Joy
(Georgia Bar No. 186780)

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Facsimile: (404) 688-0671