**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **BROWN & PIPKINS, LLC,**<br>**doing business as**<br>**ACSENTIAL SERVICES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **CIVIL ACTION**<br>**FILE NO. 06-732C**<br><br>**Judge Lawrence M. Baskir** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE VERIFIED AMENDED COMPLAINT**
**(Motion for Leave is Consented to by Defendant)**

COMES NOW Brown & Pipkins, LLC, doing business as Acsential Services ("B&P"), Plaintiff in the above-styled action, and respectfully requests that the Court grant leave for B&P to file a Verified Amended Complaint in this case. B&P seeks to amend the Verified Complaint filed in this case in order to remove the count for temporary restraining order which is now moot in this case and to add factual references to the additional bases for relief asserted by B&P in its Motion For Summary Judgment and its Memoranda filed in November and December 2006 after it received the Administrative Record: (a) that the Army failed to ensure that the SLA's cafeteria services would be performed by a blind vendor and instead seeks

to award the contract to an SLA whose work would be operated by a non-blind vendor, and (b) that the SLA's proposal did not provide proper responses to many of the Solicitation pricing requirements.

In support of this Motion, B&P provides its Memorandum filed concurrently in support of this Motion which is incorporated herein by reference. B&P also provides a copy of the proposed Verified Amended Complaint. Counsel for B&P has discussed this Motion with counsel for Defendant The United States and counsel for B&P understands that counsel for Defendant consents to the leave requested in this Motion while reserving Defendant's defenses to B&P's claims.

DATED this 3rd day of January, 2007.

**SMITH, CURRIE & HANCOCK LLP**

By s/ James W. Copeland
James W. Copeland (GA Bar No. 186780)
By s/ S. Gregory Joy
S. Gregory Joy (GA Bar No. 405495)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services