# In the United States Court of Federal Claims

Case No. 06-732C
(Filed: January 4, 2007)

**********************************************

BROWN & PIPKINS, LLC, *
doing business as Acsential Services, *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant,* *
*

**********************************************

## ORDER

Plaintiff's **Motion for Leave to File Exhibit C to Plaintiff's Response** Memorandum filed December 29, 2006, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge