IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BROWN & PIPKINS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-732 |
| | ) | |
| THE UNITED STATES, | ) | (Judge Baskir) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING EXHIBIT C TO PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD/SUPPLEMENT MOTION FOR PERMENANT INJUNCTION, AND DECLATORY RELIEF AND MANDAMUS**

Brown & Pipkins, LLC, doing business as Acsential Services ("B&P") hereby gives notice of filing Exhibit C To Notice Of Filing Exhibit C To Plaintiff's Response Memorandum In Opposition To Defendant's Cross-Motion For Judgment Upon The Administrative Record And Reply Memorandum In Support Of Plaintiff's Motion For Judgment Upon The Administrative Record/Supplement Motion For Permanent Injunction And Declaratory Relief And Mandamus. The Court granted B&P's Motion for Leave to file that Exhibit C on January 4, 2007. While a copy of that Exhibit C has previously been submitted to the Court and opposing counsel with the Motion for Leave, B&P

hereby files another copy of Exhibit C following the Court's Order granting leave.

Respectfully submitted,

**SMITH, CURRIE & HANCOCK LLP**

By s/ James W. Copeland
James W. Copeland (GA Bar No. 186780)

By s/ S. Gregory Joy
S. Gregory Joy (GA Bar No. 405495)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF FILING EXHIBIT C TO PLAINTIFF'S RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD AND REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT UPON THE ADMINISTRATIVE RECORD/SUPPLEMENT MOTION FOR PERMENANT INJUNCTION, AND DECLATORY RELIEF AND MANDAMUS are being electronically filed with the Clerk of Court this 15th day of January, 2007 using the CM/ECF system which will send e-mail notification of such electronic filing to the following counsel of record for defendant: Kenneth David Woodrow, Esquire

By s/ S. Gregory Joy
S. Gregory Joy
(Georgia Bar No. 186780)

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Facsimile: (404) 688-0671