IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BROWN & PIPKINS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-732 |
| | ) | |
| THE UNITED STATES, | ) | (Judge Baskir) |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING VERIFIED AMENDED COMPLAINT FOR PERMANENT INJUNCTION, AND DECLARATORY RELIEF AND MANDAMUS**

Brown & Pipkins, LLC, doing business as Acsential Services ("B&P") hereby gives notice of filing its Verified Amended Complaint For Permanent Injunction, And Declaratory Relief And Mandamus. The Court granted B&P's Motion for Leave to file that document at the hearing held January 18, 2007. While a copy of that Verified Amended Complaint has previously been submitted to the Court and opposing counsel with the Motion for Leave, B&P hereby files that Amended Verified Complaint following the Court's direction on January 18, 2007 granting leave.

Respectfully submitted,

**SMITH, CURRIE & HANCOCK LLP**

By s/ James W. Copeland
James W. Copeland (GA Bar No. 186780)

By s/ S. Gregory Joy
S. Gregory Joy (GA Bar No. 405495)
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF FILING VERIFIED AMENDED COMPLAINT FOR PERMANENT INJUNCTION, AND DECLARATORY RELIEF AND MANDAMUS is being electronically filed with the Clerk of Court this 19th day of January, 2007 using the CM/ECF system which will send e-mail notification of such electronic filing to the following counsel of record for defendant: Kenneth David Woodrow, Esquire

By s/ S. Gregory Joy
S. Gregory Joy
(Georgia Bar No. 186780)

SMITH, CURRIE & HANCOCK LLP
2700 Marquis One Tower
245 Peachtree Center Avenue
Atlanta, Georgia 30303-1227
Phone: (404) 521-3800
Facsimile: (404) 688-0671