# In the United States Court of Federal Claims

**No. 06-732 C**

**BROWN & PIPKINS, LLC, DOING BUSINESS AS ACSENTIAL SERVICES,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order/Opinion, filed January 29, 2007, denying plaintiff's motion for judgment on the administrative record and its motion for a permanent injunction, and granting the Government's motion for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant.

Brian Bishop
Clerk of Court

**January 30, 2007** By: s/ Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.