**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| **BROWN & PIPKINS, LLC,**<br>**doing business as**<br>**ACSENTIAL SERVICES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **CIVIL ACTION**<br>**FILE NO. 06-732C**<br><br>**Judge Lawrence M. Baskir** |

**PLAINTIFF'S MOTION FOR RECONSIDERATION AND AMENDMENT OF JANUARY 29, 2007 ORDER/ OPINION CONCERNING (1) DEFENDANT'S MOTION TO STRIKE AFFIDAVIT OF DEIDRE BROWN AND ACCOMPANYING DOCUMENT AND (2) PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Brown & Pipkins, LLC, doing business as Acsential Services ("B&P"), pursuant to Court of Federal Claims Rule 59(a) and (e), hereby respectfully requests that the Court reconsider and amend its Order/Opinion dated January 29, 2007 with regard to the statement on page 16 of that Order/Opinion which states that the Court granted the Government's Motion to Strike Plaintiff's Exhibits (filed January 10, 2007) without any limitations. The Government's Motion To Strike had initially requested the striking of the entire affidavit of Deidre Brown at Exhibit A to B&P's Response Memorandum filed December 29, 2006. (Docket # 18) At the

January 18, 2007 hearing, Government agreed that only Exhibit A-1 to the affidavit of Deidre Brown attached to B&P's Response Memorandum filed December 29, 2006, and the reference to A-1 in paragraph 5 of the affidavit of Deidre Brown should be struck and that reflect that the remainder of Deidre Brown's affidavit would not be struck. The Court orally ruled at the January 18, 2007 hearing (as indicated on pages 12-13 of the Order/Opinion) that only Exhibit A-1 to the affidavit of Deidre Brown attached to B&P's Response Memorandum and the reference to A-1 in paragraph 5 of the affidavit of Deidre Brown would be struck and that the remainder of Deidre Brown's affidavit would not be struck. Therefore, B&P requests that the Court amend its ruling at page 16 as to the Government's Motion To Strike.

Additionally, B&P respectfully requests that the Court modify its Order/Opinion to reflect that it granted B&P's Motion For Leave To File The Amended Verified Complaint (Docket #20) which the Court indicated it was granting at the January 18, 2007 hearing.

Therefore, B&P requests that page 16 of the Order/Opinion be amended to reflect the full oral rulings of the Court at the January 18, 2007 hearing regarding the affidavit of Deidre Brown and Exhibit A-1 attached

thereto and regarding the granting of the Motion For Leave to file the Amended Verified Complaint.

B&P provides a Memorandum in support of this Motion which is incorporated herein by reference. Counsel for B&P has consulted with counsel for Government regarding this motion and counsel for the Government does not object to the motion.

Respectfully submitted,

SMITH, CURRIE & HANCOCK LLP

By s/James W. Copeland
James W. Copeland
Georgia Bar No. 186780

By s/S. Gregory Joy
S. Gregory Joy
Georgia Bar No. 405495
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services