IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

FILED
FEB 15 2007
U.S. COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **BROWN & PIPKINS, LLC,**<br>**doing business as**<br>**ACSENTIAL SERVICES,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **CIVIL ACTION**<br>**FILE NO. 06-732C**<br><br>**Judge Lawrence M. Baskir** |

**NOTICE OF APPEAL BY BROWN & PIPKINS, LLC, DOING BUSINESS AS ACSENTIAL SERVICES**

Notice is hereby given that Brown & Pipkins, LLC, doing business as Acsential Services, ("B&P") Plaintiff in the above named case hereby appeals to the United States Court of Appeals for the Federal Circuit from the following:

(a) the Order/Opinion entered in this action on January 29, 2007;

(b) the final Judgment entered in this action of January 30, 2007;

(c) the Order entered February 14, 2007 denying B&P's Motion for Reconsideration and Amendment of January 29, 2007 Order/Opinion concerning (1) Defendant's Motion to Strike Affidavit of Deidre Brown And Accompanying Document and (2) Plaintiff's Motion for Leave to File Amended Complaint; and

EXHIBIT 1

(d) the Order entered February 14, 2007 denying B&P's Motion for Reconsideration of January 29, 2007 Order/Opinion Regarding Cross-Motions for Judgment Upon the Administrative Record and January 30, 2007 Judgment.

Respectfully submitted,

SMITH, CURRIE & HANCOCK LLP

By ______________________
James W. Copeland
Georgia Bar No. 186780

By ______________________
S. Gregory Joy
Georgia Bar No. 405495

SMITH, CURRIE & HANCOCK, LLP
2700 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia 30303-1227
Telephone (404) 521-3800
Facsimile (404) 688-0671

Attorneys for Brown & Pipkins, LLC, doing business as Acsential Services

## CERTIFICATE OF SERVICE

I hereby certify that I am serving copies of the foregoing NOTICE OF APPEAL upon the following counsel for the United States on February 14, 2007 by depositing a copy in U.S. Mail, first class postage prepaid, at the addresses listed below:

Peter D. Keisler, Esquire
David M. Cohen, Esquire
Patricia M. McCarthy, Esquire
Kenneth D. Woodrow, Esquire
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530

Christopher L. Krafchek, Esquire
CPT, JA Contract & Fiscal Law Division
Trial Attorney, Team III
901 N. Stuart Street, Suite 500
Arlington, VA 22203

and by facsimile on February 14, 2007 at the following facsimile numbers:

Peter D. Keisler, Esquire
David M. Cohen, Esquire
Patricia M. McCarthy, Esquire
Kenneth D. Woodrow, Esquire
202-514-7969

Christopher L. Krafchek, Esquire
703-696-1535

By ______________________
S. Gregory Joy
Georgia Bar No. 186780