# In the United States Court of Federal Claims

Case No. 06-732C
(Filed: February 16, 2007)

*********************************************
BROWN & PIPKINS, LLC, *
doing business as Acsential Services, *
*Plaintiff*, *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*********************************************

**ORDER**

On February 16, 2007, Plaintiff filed a motion to stay, enjoin and/or restrain the Government from proceeding with performance of the contract which was the subject of Plaintiff's unsuccessful bid protest. Plaintiff desires a stay in order to maintain the status quo during the pendency of an appeal to the Court of Appeals for the Federal Circuit.

It is within the Court's discretion, pursuant to Rule 62(c), to "suspend, modify, restore, or grant an injunction during the pendency of [an] appeal" of an adverse decision. RCFC 62(c). Such a course may be advisable when the moving party makes a substantial case for success on appeal and demonstrates that it will otherwise suffer irreparable harm, that other interested parties will not be substantially injured by issuance of an injunction, and that it is in public interest to issue the injunction. *Standard Havens Prods. v. Gencor Indus.*, 897 F.2d 511, 512 (Fed. Cir. 1990).

In this case, we decline to exercise our discretion under Rule 62(c). For the very same reasons we rejected Plaintiff's original motion for injunctive relief and its motion for reconsideration, we believe Brown & Pipkins has not demonstrated a case to enjoin the Air Force from proceeding with the contract it awarded to the Georgia State Licensing Agency several months ago. **Accordingly, Plaintiff's motion is DENIED.**

IT IS SO ORDERED.

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR

Judge