# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

## NOTICE OF DOCKETING

FILED
FEB 21 2007
U.S. COURT OF FEDERAL CLAIMS

**2007-5061 - BROWN & PIPKINS LLC V US**

**Date of docketing**: 02/21/2007

**Appeal from**: United States Court of Federal Claims case no. 06-CV-732

**Appellant(s)**: Brown & Pipkins, LLC, doing business as Acsential Services

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Kenneth D. Woodrow
Stephen Gregory Joy

IN THE UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

2007-5061

BROWN & PIPKINS, LLC, doing business as ACSENTIAL SERVICES, Appellant,

v.

THE UNITED STATES, Appellee.

APPEAL NO. ________

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FEB 2 1 2007
JAN HORBALY
CLERK

## APPELLANT'S MOTION FOR EXPEDITED STAY AND/OR INJUNCTION DURING THE PENDENCY OF APPEAL

### I. Relief Requested And Grounds For The Motion Generally

Brown & Pipkins, LLC, doing business as Acsential Services ("B&P"), pursuant to FRAP 8, respectfully requests that the Court of Appeals for the Federal Circuit stay and/or enjoin the Government (specifically the Department of the Army, its Secretary, the Contracting Officers, and their successors) from proceeding with performance of a full food services contract at Fort Gordon, Georgia pursuant to Solicitation No. W911SE-05-R-0013 ("Solicitation") with a contractor other than B&P during pendency of B&P's appeal to this Court from the Court of Federal Claims' January 29, 2007 Order/Opinion, January 30, 2007 Judgment, and February 14, 2007 Order denying B&P's Motions For Reconsideration in Court of Federal Claims ("CFC") Case No. 06-732.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## Official Caption[1]

2007-5061

BROWN & PIPKINS, LLC,
doing business as Acsential Services,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-732,
Judge Lawrence M. Baskir.

## Authorized Abbreviated Caption[2]

BROWN & PIPKINS LLC V US, 2007-5061

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.